Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
jsin@vblaw.com

Attorneys for Petitioner-Plaintiff
John DOE

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE;<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>MOISES BECERRA, Acting Field Office Director of Sacramento Office of Detention and Removal, U.S. Immigrations and Customs Amendment; U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Amendment, U.S. Department of Homeland Security[1]; KRISTI NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; PAM BONDI, in her Official Capacity, Attorney General of the United States; and TONYA ANDREWS, in her Official Capacity, Facility Administrator at Golden State Annex, McFarland, California;<br><br>    Respondents-Defendants. | Case No.:  2:25-cv-00647-DJC-DMC<br><br>**ORDER GRANTING PETITIONER-PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE A SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Respondent-Defendant Todd M. Lyons is automatically substituted for former Respondent-Defendant Caleb Vitello.

1 | Upon consideration of Petitioner's Unopposed Motion for Leave to File a Supplemental Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and finding sufficient cause, the motion is GRANTED. Petitioner shall file the Supplemental Petition (ECF No. 43-3) as a separate docket event within three (3) days. Respondents shall file their response to the Supplemental Petition within thirty (30) days thereafter.

IT IS SO ORDERED.

Dated: September 4, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF