Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

JOHN DOE,

    Petitioner,

      v.

MOISES BECERRA ET AL.,

    Respondents.

Case No.:    2:25-cv-00647-DJC-DMC

**JOINT STIPULATION FOR TWO-WEEK EXTENSION OF PETITIONER'S DEADLINE TO RESPOND TO RESPONDENTS' MOTION TO DISMISS [DKT. 55], AND ORDER**

Pursuant to Civil Local Rule 144(a), Petitioner and Respondents hereby respectfully request that the Court grant this Joint Stipulation to extend Petitioner's deadline to respond to Respondents' Motion to Dismiss (Dkt. 55) by two weeks, to November 3, 2025. Pursuant to Local Rule 230, Petitioner's opposition is currently due on October 20, 2025.

Undersigned Counsel Sinodis has several time-intensive deadlines that have made and will make filing Petitioner's response to Respondents' motion by October 20 impracticable, including:

    a.  two oral arguments in habeas matters on Friday, October 17, that have required significant time to prepare for;

    b.  summary judgment briefing in Stanford Daily v. Rubio, No. 5:25-cv-06618-NW (N.D.Cal.) due on Monday, October 20;

    c.  preparation for a class action complaint to be filed on Monday, October 20;

    d.  preparing co-counsel for oral argument before the Third Circuit in Khalil v. Trump on Tuesday, October 21;

    e.  preparing a client for and attending an asylum interview in Los Angeles for a complex case on October 23;

    f.  preparing a client for and handling an Individual Calendar Hearing in Immigration Court on October 24; and

    g.  preparing a client for and handling an Individual Calendar Hearing in Immigration Court on November 4.

For these reasons, Petitioner's counsel contacted Respondents' counsel, Zachary Malinski, to obtain Respondents' position on this stipulation. In light of the circumstances, Respondents are amenable to a two-week extension of Petitioner's response.

For the aforementioned reasons, the parties respectfully request that the Court grant this Joint Stipulation and extend Petitioner's deadline to respond to Respondents' Motion to Dismiss (Dkt. 55) to November 3, 2025.

////

////

DATED:  October 15, 2025

Respectfully submitted,

VAN DER HOUT

/s/ Johnny Sinodis

JOHNNY SINODIS
OONA CAHILL

Attorneys for Petitioner John Doe

ERIC GRANT
United States Attorney

/s/ Zachary Malinski

ZACHARY MALINSKI
Assistant United States Attorney

Attorney for Respondents Moises Becerra, et al.

* In compliance with Civil Local Rule 131(e), the filer attests that all signatories have concurred in the filing of this document.

JOINT STIPULATION FOR TWO-WEEK EXTENSION OF PETITIONER'S RESPONSE DEADLINE

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that Petitioner's deadline to respond to

2    Respondents' Motion to Dismiss (Dkt. 55) is extended to November 3, 2025.

3

4    Dated:  October 17, 2025                    /s/ Daniel J. Calabretta

5                                               THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR TWO-WEEK EXTENSION OF PETITIONER'S RESPONSE DEADLINE