Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| John DOE,<br><br>  Petitioner,<br><br>  v.<br><br>Moises BECERRA et al.,<br><br>  Respondents. | Case No. 2:25-cv-00647-DJC-DMC<br><br>**JOINT STIPULATION RE: CONTINUED BRIEFING SCHEDULE, AND ORDER** |

Pursuant to Civil Local Rule 144(a), Petitioner and Respondents, after meeting-and-conferring, hereby respectfully request that the Court grant this Joint Stipulation to set the following briefing schedule on the merits of Petitioner's habeas petition and complaint for declaratory and injunctive relief, Petitioner's opposition to Respondents' Motion to Dismiss, and Respondents' reply in support of their Motion to Dismiss. Pursuant to prior order of this Court, ECF 57, Petitioner's opposition to Respondents' Motion to Dismiss (ECF 55) is currently due November 3, 2025. There is currently no set deadline for Petitioner's reply/traverse in support of the merits of his petition and complaint.

In the interest of streamlining further briefing in this case, both because Petitioner is detained and to conserve judicial and party resources, Petitioner and Respondents have agreed to the following consolidated schedule to complete briefing, which also takes into account the schedules of the Parties' respective counsel, including their other briefing deadlines and hearing schedules. Pursuant to this agreement and stipulation:

- Petitioner will file a consolidated opposition to Respondents' motion to dismiss and reply/traverse in support of the merits of his habeas petition and complaint on November 6, 2025; and

- Respondents will file a reply in support of their motion to dismiss on November 14, 2025.

For the aforementioned reasons, the Parties respectfully request that the Court grant this Joint Stipulation and set a deadline of November 6, 2025, for Petitioner's consolidated opposition/traverse, and a deadline of November 14, 2025 for Respondents' reply in support of their motion to dismiss.

DATED: October 31, 2025                     Respectfully submitted,

VAN DER HOUT LLP

/s/ Johnny Sinodis
JOHNNY SINODIS
OONA CAHILL

Attorneys for Petitioner John Doe


ERIC GRANT
United States Attorney

/s/ Zachary Malinski
ZACHARY MALINSKI
Assistant United States Attorney

Attorneys for Respondents Moises Becerra et al.

JOINT STIPULATION RE: CONTINUED BRIEFING SCHEDULE
No. 2:25-cv-00647-DJC                              1

\* In compliance with Civil Local Rule 131(e), the filer attests that all signatories have concurred in the filing of this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED that Petitioner shall file his consolidated opposition to Respondents' Motion to Dismiss and reply/traverse in support of his habeas petition and complaint by November 6, 2025, and Respondents shall file their reply, if any, in support of their Motion to Dismiss by November 14, 2025.

DATED: November 3, 2025                     /s/ Daniel J. Calabretta
                                            Hon. Daniel J. Calabretta
                                            United States District Judge